### January 15, 1974.

C. A. No. 1875. STATE *v.* RICHARD E. NICKERSON. Plaintiff ordered to appear on February 8, 1974 at 9:30 a. m. to show cause why the motion to hold in abeyance in the above-entitled matter should not be dismissed for lack of prosecution for

failure to comply with Rule 16 of the Rhode Island Supreme Court. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline,* for defendant.